# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

Javenta Chapman,
[You are the PLAINTIFF, print your full name on this line.]

v.

LT Robison,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number: 3:23-cv-983
[For a new case in this court, leave blank. The court will assign a case number.]

FILED
NOV - 8 2023
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 ✓ | LT Robison | Westville Correctional Facility 5501 S 1100 W Westville, IN 46391 |
| 2 | SGT Porter | Westville Correctional Facility 5501 S 1100 W Westville, IN 46391 |
| 3 | Officer Navarro | Westville Correctional Facility 5501 S 1100 W Westville, IN 46391 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? __4__

2. What is the name and address of your prison or jail? Westville Correctional Facility 5501 S 1100 W Westville, IN 46391

3. Did the event you are suing about happen there? ☑ Yes.  ☐ No, it happened at: _____

4. On what date did this event occur? 6-22-23

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

| Defendant's Name / Job Title | Work Address |
|---|---|
| LT Robison | Westville Correctional Facility 5501 S 1100 W Westville, IN 46391 |
| SGT Porter | Westville Correctional Facility 5501 S 1100 W Westville, IN 46391 |
| Officer Navarro | Westville Correctional Facility 5501 S 1100 W Westville, IN 46391 |
| Officer Winters | Westville Correctional Facility 5501 S 1100 W Westville, IN 46391 |

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

   **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

   **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

(Statement of Claim)

1. This case involves an incident where plaintiff Chapman was stabbed by another inmate multiple times in front of (Defendant Navarro) who did not act or do enough to avoid harm toward (Plaintiff Chapman). Defendant's LT Robison, SGT Porter, Officer Winters) withheld necessary medical attention from (Plaintiff Chapman). Defendant's LT Robison, SGT Porter, Officer Winters delayed/refused to allow treatment for (Plaintiff Chapman) injuries. Then didn't take the proper steps to secure (Plaintiff Chapman) saftey. No seprettee was put in place or conduct report, No invenstigation on this matter until (Plaintiff Chapman) brought it to light through the grievance system. (Background) On 6-22-23 (Plaintiff Chapman) was stabbed multiple times. (Defendant Officer Navarro) sees Plaintiff Chapman and his attacker arugeing. (Defendant Navarro) walks to do her pipe round as (Plaintiff Chapman) attacker goes to his room to grab a knife. (Plaintiff Chapman) attacker walks past (Defendant Navarro) with gloves on and a knife in his hand making threats toward (Plaintiff Chapman). He swings the knife and i block with my hands and run away from my attacker

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**Claims and Facts (continued)**

I scream for help "he has a knife" (Defendant Navarro) stands there while i'm running for my life. I run in the day room crying for help. (Defendant Navarro) and inmates are watching the incdint unfold as i'm crying for help. I got ti of running so i defended myself the best way i could. I scoop his legs as he swings the knife. My attacker hits me in my back (Right upper side). As i'm trying to fight for the knife out of his hands my attacker is repeatdly swinging hitting me with the knife. I get on top of him trying to hold him down with the knife still in his hand until someone helped me. (Defendant Navarro) calls a (10-10) a fight while i'm trying my best to hold my attacker down. Another inmate comes and break us up. (Defendant's LT Robison, SGT Porter, SGT Winters, all answer the (10-10) call. Officer winters put me in cuffs and walks me out the dorm of N-2. ③ Someone says he's stabbed in the back and everything went black i passed out. ③ I come too and blood is all over my colthing. Still in cuffs nurse willams is panicing she looks at my wounds and says she doesn't know how to treat my wounds. In pain as i'm crying for her help nurse willams calls urgent care they talk for 30 seconds and nurse willams tells officer winters that i was immediatly to be sent to urgent care. Officer winters walks me over to the squad room instead. (Defendant's LT Robison SGT Porter) were in the squad room waiting. I tell defendant's LT Robison, SGT Porter, Officer winters that i didn't feel good i'm in pain can they get me to urgent care.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

④ Nobody said anything to what i had Just asked. Still in cuffs while in pain crying for help LT Robison asks me who did it. I tell her i don't Know i don't feel right i'm in pain can they get me to medical. SGT Porter asks me the Samething but is yelling at me to tell her who did it. I tell SGT Porter the Samething. I don't Know i'm in excrusating pain asking them to help me (Defendant's LT Robison, SGT Porter, Officer Winters.) LT Robison tells me if i don't tell who stabbed me i would not get urgent care. I'm still bleeding out i ask her crying to please help me over and over again. (Defendant) SGT Porter takes pictures of my back only. No pictures were taken of my other wounds. I was then sent to urgent care after (Defendant's LT Robison, SGT Porter, Officer winter) seen i wasn't going to tell them anything. Nurse Huntoson gave me bandages to care for my wounds. Nurse Huntoson told me i would have to change the bandages myself on my back. I was then sent to the cage then back to N-2 dorm. My attacker was moved to O-1 dorm still on the Same Side of the camp that i was on.

⑤ On 6-23-23 i needed my my bandages changed and was denied urgent care/medical attention. Officer Miller called down to medical and spoke with nurse Huntonson and was told they will get back with him but never did. I called home and told a family member i was not getting the medical attetion i needed because the wound was on my back i couldn't change it myself.

⑥ My uncle called (WCF) and told them i was not getting the medical attention i needed. A mandotory pass was called out for me on 6-24-23 i asked for my medical packet when i got my wounds cared for that day. I also had to keep putting in medical requests slips to get my wounds cared for. ⑥ On 7-16-23 i was moved from N-2 dorm to 10 dorm on GSC side of (WCF) the same dorm as my attacker my saftey and well-being has been a struggle day in and day out. I've put in a grievance on this matter on 7-20-23. Also went as for as writing an ombudsman letter on 9-11-23 to get this matter solved. This is an on going situation that has been ignored. WCF/Prison officals has put me back into a dangerous situation and failed to take proper steps to secure my saftey.

5. When did this event happen?
   ○ Before I was confined.
   ○ While I was confined awaiting trial.
   ☑ After I was convicted while confined serving the sentence.
   ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☑ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ○ No, this event is not grievable at this prison or jail.
   ☑ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   Plaintiff Chapman respectfully asks that this Court afford the following relief. Enter an order for injunctive relief with a goal of securing policy changes to prevent similar events from happing in the future. Enter an award for compensatory damages in the amount to make Plaintiff Chapman whole and for the needless pain & suffering. Enter an award for punitive damages against (defendants LT Robison, SGT Porter, officer Navarro, officer Winters), in the amount to prevent similar behavior in the future.

[Initial Each Statement]
JC  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
JC  I will keep a copy of this complaint for my records.
JC  I will promptly notify the court of any change of address.
JC  I WILL NOT send more than one copy of any filing to the court.
JC  I WILL NOT send summons, USM-285, or waiver forms to the clerk.
JC  I declare under penalty of perjury that the statements in this complaint are true.

I placed this complaint in the prison mail system on 10 /30 /2023 at 11:00 am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

_____Junita Chapman_____                              292979
Signature                                             Prisoner Number

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]