UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

JAVENTA CHAPMAN,

Plaintiff,

v.                                              CAUSE NO. 3:23-CV-983-HAB-SLC

ROBISON, et al.,

Defendants.

## ORDER

Javenta Chapman, a prisoner without a lawyer, sent the court a letter saying he did not intend to open a new case when he sent the complaint that was used to open this case. ECF 3. He says he intended it as an amended complaint in *Chapman v. Robinson*, 3:23-cv-859 (N.D. Ind. filed September 19, 2023). The clerk properly opened this case because Chapman did not put that case number on the complaint. Neither did he title it "Amended Prisoner Complaint." Nevertheless, it is now clear this case was inadvertently opened.

For these reasons, this case is DISMISSED AS INADVERTENTLY OPENED. The clerk is directed to docket the complaint from this case (ECF 1) in *Chapman v. Robinson*, 3:23-cv-859 (N.D. Ind. filed September 19, 2023) with the same file date.

SO ORDERED on December 13, 2023

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT